OPINION # _O-7524_____ WAS NEVER ISSUED OR

WAS WITHDRAWN.